1  Edwin Aiwazian (Cal. State Bar No. 232943)
   *edwin@lfjpc.com*
2  Arby Aiwazian (Cal. State Bar No. 269827)
   *arby@lfjpc.com*
3  Jill J. Parker (Cal. State Bar No. 274230)
   *jill@lfjpc.com*
4  **LAWYERS *for* JUSTICE, PC**
   410 West Arden Avenue, Suite 203
5  Glendale, California 91203
   Telephone:  (818) 265-1020
6  Facsimile:  (818) 265-1021

7  *Attorneys for* Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTAE YOUNG, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-04390-EMC<br><br>Honorable Edward M. Chen<br><br>**STIPULATION TO PERMIT PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND [P~~ROPOSED~~] ORDER**<br><br>Complaint Filed:  June 23, 2017<br>Trial Date:  Not Set |

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

**IT IS HEREBY STIPULATED** by and between Plaintiff Chantae Young ("Plaintiff"), by and through her counsel of record, and Defendant Novartis Pharmaceuticals Corporation ("Defendant"), by and through its counsel of record, as follows:

**WHEREAS**, on June 23, 2017, Plaintiff, individually, and on behalf of other members of the public similarly situated, filed a wage and hour class action lawsuit in the Superior Court of California, County of San Mateo against Defendant;

**WHEREAS**, on August 2, 2017, Defendant removed this case to the United States District Court for the Northern District of California;

**WHEREAS**, on August 16, 2017, the parties met and conferred regarding Defendant's intention to file a motion to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6);

**WHEREAS**, Plaintiff agreed to amend her Complaint to attempt to address Defendant's concerns and avoid motion practice;

**WHEREAS**, while Defendant is reviewing, and continues to have concerns regarding, certain aspects of the proposed amended complaint, Defendant has agreed not to object to Plaintiff's filing of the same, subject to its reservation of rights to answer or to otherwise respond (including, but not limited to, the filing of a motion under Rule 12(b), (e), or (f)) to the amended complaint; and

**WHEREAS**, a copy of Plaintiff's "[Proposed] First Amended Class Action Complaint for Damages" is attached hereto as Exhibit A;

Now, therefore the parties agree and stipulate pursuant to Federal Rule of Civil Procedure 15(a)(2) to the filing of the attached Plaintiff's First Amended Class Action Complaint, subject to Defendant's reservation of rights to answer or to otherwise respond (including, but not limited to, the filing of a motion under Rule 12(b), (e), or (f)) to the proposed amended complaint.

///

///

///

///

Respectfully submitted,

Date: August 23, 2017

**LAWYERS *for* JUSTICE, PC**

BY: /s/ Jill J. Parker
Jill J. Parker
Attorneys *for* Plaintiffs

Date: August 23, 2017

**MCDERMOTT WILL & EMERY LLP**

BY: /s/ A. Marisa Chun
A. Marisa Chun

Attorneys *for* Defendant

Pursuant to Local Rule 5-1, the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*************

# [PR~~OP~~OSED] ORDER

The Court, having considered the Parties' Stipulation to Permit Plaintiff to File a First Amended Complaint, and good cause having been shown, it is hereby ordered:

Plaintiff Chantae Young is granted leave to file her "[Proposed] First Amended Class Action Complaint for Damages."

IT IS SO ORDERED.

Dated: _8/23/17_

*IT IS SO ORDERED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA